PROBATE COURT OF Pike COUNTY, OHIO

IN THE MATTER OF THE GUARDIANSHIP OF Thomas Allen Friend, Jr.

CASE NO. 20192010

## LETTERS OF GUARDIANSHIP
[R.C. 2111.02]

FILED
FEB 2 6 2020
ROBERT N. ROSENBERGER
PROBATE JUDGE

Thomas Allen Friend _____ is appointed Guardian of
Thomas Allen Friend, Jr. _____, an __X__ Incompetent _____ Minor.

Guardian's powers are:

All powers conferred by the laws of Ohio and rules of this Court over the ward's:

__X__ Person and Estate _____ Person Only _____ Estate Only

Limited to _____
_____
_____
_____

Those guardianship powers, until revoked, are for an:

__X__ Indefinite time period

_____ Definite time period to _____

The above named Guardian has the power conferred by law to do and perform all the duties of Guardian as described. **No expenditures shall be made without prior Court authorization.**

2/26/20
Date

PROBATE JUDGE  Jerome D. Catanzaro
Retired Assigned Probate Judge

**NOTICE TO FINANCIAL INSTITUTIONS**
Funds being held in the name of the within-named Ward shall not be released to Guardian without a Court order directing release of a specific fund and amounts thereof.

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of this Court. It constitutes the appointment and letters of authority of the named guardian, who is qualified and acting in such capacity.

ROBERT N. ROSENBERGER
Probate Judge  JUDGE
by _____
Deputy Clerk

(Seal)

February 26, 2020
Date

PLAINTIFF'S EXHIBIT 1

15.4 LETTERS OF GUARDIANSHIP